[No. 13354-3-I.  Division One.  July 9, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD L. ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-8-00802-8, Jack Richey, J. Pro Tem., entered June 13, 1983. *Affirmed* by unpublished opinion

per Callow, J., concurred in by Swanson and Ringold, JJ.